| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin<br>Atty. ID:  AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No.: 212511-2<br>Attorneys for Movant:  Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2007-OA4 | |
| In Re:<br><br>Jose Malpartida<br><br>Address: 76 Henry Street, Passaic, NJ 07055<br><br>Last four digits of Social Security or Individual Taxpayer Identification (ITIN) No(s)., (if any): 8172 | Case No.:  17-17268-RG<br>Chapter 7<br><br>Hearing Date:  May 23, 2017<br>Time:  10:00 a.m.<br><br>Judge:  Rosemary Gambardella |

## NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

<u>Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2007-OA4</u>, has filed papers with the court for Relief from the Automatic Stay.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before **May 16, 2017** you or your attorney must:

File with the court a written response for a hearing {or, *if the court requires a written response*, an answer, explaining your position} at:

> United States Bankruptcy Court
> 50 Walnut Street
> Newark, NJ 07102

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

You must also send a copy to:

       Andrew M. Lubin, Esquire
       Milstead & Associates, LLC
       1 E. Stow Road
       Marlton, NJ 08053
       Phone No.:(856) 482-1400
       Fax No.:(856) 482-9190

       David Wolff
       Law Offices of David Wolff LLC
       396 Route 34
       Matawan, NJ 07747

Attend the hearing scheduled to be held on **May 23, 2017 at 10:00 a.m. in Courtroom 3E** at United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting relief.

       Respectfully Submitted,
       MILSTEAD & ASSOCIATES, LLC

Dated: May 2, 2017

       /s/Andrew M. Lubin
       Andrew M. Lubin, Esquire
       1 E. Stow Road
       Marlton, NJ 08053
       Attorneys for Movant