| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin<br>Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No.: 212511-2<br>Attorneys for Movant: Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2007-OA4 | |
| In Re:<br><br>Jose Malpartida | Case No.: 17-17268-RG<br>Chapter 7<br><br>Judge: Rosemary Gambardella |

**CERTIFICATION RE CALCULATION OF AMOUNTS DUE**
**NOTE AND MORTGAGE DATED January 5, 2007**

_____**Damon Wilkinson**_____ of full age, employed as _____**Document Control Officer**_____ of Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2007-OA4, hereby certifies the following information:

Recorded on 1/22/2007, in Passaic County, NJ in Book M8541 at Page 8
Property Address: 76 Henry Street, Passaic, NJ 07055
Mortgage Holder: Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2007-OA4

**1. STATEMENT OF AMOUNT DUE**

| | |
|---|---|
| Unpaid Principal Balance | $352,610.20 |
| Accrued Interest from 6/1/2012 to 4/18/2017: | $64,293.01 |
| (Interest rate = 4.25000% per year; $38.08 per diem) | |
| Unearned Interest from ___N/A___ to ___N/A___ : | $     0.00 |

| | |
|---|---|
| Per Diem Interest from __N/A__ to __N/A__ : | $ 0.00 |
| Late Charges from __N/I__ to __N/I__ ( __N/I__ /mo. X __N/I__ mos.): | $ 0.00 |
| Attorney's Fees and Costs as of __N/I__ : | $ 0.00 |

Advances through April 18, 2017 for:

| | |
|---|---|
| Real Estate Taxes & Insurance Premiums: | $ 61,024.17 |
| Other: Inspections | $ 182.00 |
| Other: Fees | $ 2,402.50 |
| Other: Costs | $ 2,360.24 |
| Other: Late Charges | $ 385.55 |
| *Sub-Total of Advances:* | $ 66,354.46 |
| Less Escrow Monies: | ($ 0.00) |
| *Net Advances:* | $ 66,354.46 |
| Interest on Advances from __N/A__ to __N/A__ : | $ 0.00 |
| Other Charges (specify: N/A) | $ 0.00 |
| Funds held in Suspense: | ($ 20.80) |
| **TOTAL DUE AS OF 4/18/2017:** | $483,236.87 |

## 2. EQUITY ANALYSIS

Estimated fair market value of real estate as of 4/10/2017:        $237,400.00
*Source: Debtor's Schedules (e.g. appraisal, tax bill/assessment, contract of sale, debtor's schedules, etc.)

Liens on the real estate:
| | |
|---|---|
| 1. Real Estate Taxes as of N/A: | $ 0.00 |
| 2. First Mortgage (principal and interest), as of 4/18/2017: | $416,903.21 |
| 3. Second Mortgage (principal and interest), as of 4/10/2017: | $ 83,876.00 |
| 4. Other (specify on separate exhibit): N/A | $ 0.00 |
| **TOTAL LIENS:** | ($500,779.21) |

**APPARENT EQUITY AS OF 4/18/2017:** ........................................... **$0.00**
**If negative, insert zero (0).

I certify under penalty of perjury that the foregoing is true and correct.

Date: __4/27/17__    By: _[signature]_
                    Name:    Damon Wilkinson

                    Document Control Officer

                    Select Portfolio Servicing, Inc.